FILED
CLERK, U.S. DISTRICT COURT
FEB 25 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

MEIKEL JEROME COOPER,  )
          Petitioner,  )  Case No. EDCV 12-1300 VBF (AJW)
          v.  )
            )  ORDER ACCEPTING REPORT AND
LELAND McEWEN, WARDEN,  )  RECOMMENDATION OF
            )  MAGISTRATE JUDGE
          Respondent.  )

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de novo_ determination of the portions to which objections were directed.

DATED: 2/25/2013

_Valerie Fairbank_
Valerie Baker Fairbank
United States District Judge