FILED
CLERK, U.S. DISTRICT COURT
FEB 25 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| MEIKEL JEROME COOPER, | Case No. EDCV 12-1300-VBF(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| LELAND McEWEN, Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 2/2/2013

_Valerie Fairbank_
Valerie Baker Fairbank
United States District Judge